IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM GRAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.15 CV 6369 |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, WILLIAM GRAYSON, individually, by his attorneys, GOLDSTEIN, FLUXGOLD & BARON, P.C., and complaining of the Defendant, THE UNITED STATES OF AMERICA, states as follows:

**JURISDICTION**

That this is an action against the United States of America by and through its medical facility, Jesse Brown Veteran Affairs Medical Center, and its employees, agents, apparent agents, employees and physicians, including but not limited to Dr. Lawrence Ulanski, for negligence brought pursuant to Federal Tort Claims Act, 28 USCS §2675. That the Plaintiff WILLIAM GRAYSON, filed a Standard Form 95, a Claim for Damage, Injury or Death, with the United States Department of Veteran Affairs and the Jesse Brown Veteran Affairs Medical Center in the amount of fifteen million dollars ($15,000,000.00), which was received on May 15, 2014. That on May 8, 2015, the United States Department of Veteran's Affairs denied Plaintiff's Claim for Damage, Injury or Death, giving Plaintiff the right to file suit in Federal Court under the Federal Tort Claims Act. That this Court has jurisdiction over this matter pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671 et seq.

1

## PARTIES

That on or about October 21, 2013, and at all times relevant herein, the Plaintiff, WILLIAM GRAYSON, was a resident of the United States, and was a patient at Jesse Brown Veteran Affairs Medical Center in Chicago, IL. That the Plaintiff, WILLIAM GRAYSON, was at all times relevant herein, a citizen of the United States and of the State of Illinois and was a resident of the County of Cook and the City of Chicago.

The United States Department of Veteran Affairs owns, manages, and controls the Jesse Brown Veteran Affairs Medical Center. That on October 21, 2013, and at all times relevant herein, the physicians, staff, supervisors, employees, agents and apparent agents of Jesse Brown Veteran Affairs Medical Center, including but not limited Dr. Lawrence Ulanski, were employees, agents and apparent agents of the Unites States of America.

## COUNT I
### Negligence Claim

1. That during the month of October 2013, and at all times prior and subsequent thereto, the Defendant, THE UNITED STATES OF AMERICA, by and through its medical facility, Jesse Brown Veteran Affairs Medical Center, and its doctors, staff, supervisors, employees, agents and apparent agents, including but not limited to Dr. Lawrence Ulanski, was engaged in the business of offering hospital, medical and surgical care and services in the City of Chicago, County of Cook, and State of Illinois and engaged on its staff various physicians.

2. That at all times relevant herein, the Defendant, THE UNITED STATES OF AMERICA, held itself out, pretend and otherwise inform the public, and more particularly, in the instance of the Plaintiff, WILLIAM GRAYSON, that it had and possessed the requisite skill, know-how, facilities, personnel, equipment and information to properly care for and treat the Plaintiff, WILLIAM GRAYSON.

3. That on or about October 21, 2013, and for some time prior and subsequent thereto, the Plaintiff, WILLIAM GRAYSON, entered the Jesse Brown Veteran Affairs Medical Center and entrusted herself entirely to the care of the Defendant, THE UNITED STATES OF AMERICA, by and through its medical facility, Jesse Brown Veteran Affairs Medical Center, and its employees, agents, apparent agents, employees and physicians, including but not limited to Dr. Lawrence Ulanski, as aforesaid; that he possessed no medical or professional medical knowledge, nor did he have the facilities to care for, mend or cure himself.

4. That at all times material herein, the Plaintiff, WILLIAM GRAYSON, was in the exercise of ordinary care and caution for her own safety.

5. That at all times mentioned herein, Dr. Lawrence Ulanski was a physician duly licensed in the practice of his profession in the City of Chicago, County of Cook and State of Illinois.

6. That at all times mentioned herein, Dr. Lawrence Ulanski was an employee, servant, agent and/or apparent agent, of the Defendant, THE UNITED STATES OF AMERICA, and as such practiced his profession at Jesse Brown Veteran Affairs Medical Center pursuant to his employment by said Defendant.

7. That on or about October 21, 2013, and for some time prior and subsequent thereto, Dr. Lawrence Ulanski, as an agent, apparent agent, servant and/or employee of the Defendant, THE UNITED STATES OF AMERICA, in his professional capacity as aforesaid, while acting in the scope of his employment, apparent agency and/or agency as aforesaid, did then and there have come under his care and did attend to and treat the Plaintiff, WILLIAM GRAYSON, while the Plaintiff was a patient at Jesse Brown Veteran Affairs Medical Center in Chicago, Illinois.

8. That it then and there became and was the duty of the Defendant, THE UNITED STATES OF AMERICA, by and through its medical facility, Jesse Brown Veteran Affairs Medical Center, and its employees, agents, apparent agents, employees and physicians, including but not limited to Dr. Lawrence Ulanski, to render hospital, medical and surgical care and services consistent with the medical requirements of the patients therein, and so as not to cause injury to said patients, including the Plaintiff, WILLIAM GRAYSON, herein.

9. That there was a duty on the part of the Defendant, THE UNITED STATES OF AMERICA, by and through its medical facility, Jesse Brown Veteran Affairs Medical Center, and its employees, agents, apparent agents, employees and physicians, including but not limited to Dr. Lawrence Ulanski, to treat the Plaintiff, WILLIAM GRAYSON, with that degree of knowledge, skill, and care possessed by a reasonably well-qualified physician in their community or a similar community, and to exercise that degree of knowledge, skill, and care commonly exercised by other members of their profession.

10. That after assuming the care and treatment of the Plaintiff, WILLIAM GRAYSON, the Defendant, THE UNITED STATES OF AMERICA, by and through its medical facility, Jesse Brown Veteran Affairs Medical Center, and its employees, agents, apparent agents, employees and physicians, including but not limited to Dr. Lawrence Ulanski, notwithstanding its aforesaid duty, was then and there guilty of one or more of the following wrongful acts and/or omissions in treating the Plaintiff, WILLIAM GRAYSON:

   (a) Failed to treat and provide medical care to the Plaintiff, WILLIAM GRAYSON, in a manner customary and suitable with their profession; or

   (b) Failed to properly and adequately treat Plaintiff, WILLIAM GRAYSON's medical condition, including but not limited to detached retina in the right eye; or

   (c) Failed to intervene on behalf of the Plaintiff, William Grayson, to ensure that proper and adequate surgical care and attention was given to Plaintiff, WILLIAM

GRAYSON; or

(d) Failed to properly and adequately perform a retinal detachment repair surgery on or about October 21, 2013; or

(e) Failed to properly and adequately deliver the proper concentration of C3F8 gas during the October 21, 2013 retinal detachment repair surgery; or

(f) Delivered a significantly higher concentration of gas to Mr. Grayson during the October 21, 2013 retinal detachment repair surgery.

11. That as a direct and proximate result of one or more of the foregoing wrongful acts and omissions of the Defendant, THE UNITED STATES OF AMERICA, by and through its medical facility, Jesse Brown Veteran Affairs Medical Center, and its duly authorized agents, apparent agents, physicians, supervisors, servants, and/or employees, including but not limited to, Dr. Lawrence Ulanski, the Plaintiff, WILLIAM GRAYSON, suffered severe and permanent injuries, including but not limited to the loss of vision in his right eye.

12. That as a direct and proximate result of one or more of the foregoing wrongful acts and omissions of the Defendant, THE UNITED STATES OF AMERICA, by and through its medical facility, Jesse Brown Veteran Affairs Medical Center, and its duly authorized agents, apparent agents, physicians, supervisors, servants, and/or employees, including but not limited to, Dr. Lawrence Ulanski, the Plaintiff, WILLIAM GRAYSON, was then and there injured both internally and externally; that he suffered severe and permanent injuries, including loss of vision in his right eye; that he suffered and continues to suffer acute and prolonged physical and mental pain and suffering; that the risk or harm of injury, including but not limited to permanent loss of vision, was increased; the he suffered and continues to suffer from permanent disability; that he suffered and continues to suffer a loss of a normal life; that Plaintiff became liable for great sums of money for medical, hospital care and treatment, and attendant care, and in the future will be forced to incur expenses, as well as incurring other expenses, including wage loss; and the

Plaintiff has been and in the future will be prevented from attending to his usual affairs and duties.

    13.    That the Plaintiff WILLIAM GRAYSON, filed a Standard Form 95, a Claim for Damage, Injury or Death, with the United States Department of Veteran Affairs and the Jesse Brown Veteran Affairs Medical Center in the amount of fifteen million dollars ($15,000,000.00), which was received on May 15, 2014.

    WHEREFORE, the Plaintiff, WILLIAM GRAYSON, prays judgment against the Defendant, THE UNITED STATES OF AMERICA, for said sum for medical, drug, and incidental expenses and for general damages according to proof, and for such other and further relief as this court deems just and proper.

                                         WILLIAM GRAYSON

                                         By: /s/ Cindy G. Fluxgold
                                         One of Plaintiff's Attorneys

GOLDSTEIN, FLUXGOLD & BARON, P.C.
33 North Dearborn Street, Suite 950
Chicago, IL  60602
(312) 726-7772